## 48086. GARRETT v. ROYAL INDEMNITY COMPANY et al.

Quillian, Judge. This is an appeal from an award of the State Board of Workmen's Compensation. Where the evidence showed that the claimant had returned to gainful employment on July 16, 1971 with earnings equal to or greater than those earned prior to his injury, the employer was authorized to discontinue payments of compensation on that date.

*Judgment affirmed. Bell, C. J., and Deen, J., concur.*

Argued April 3, 1973 — Decided May 4, 1973 — Rehearing denied June 15, 1973 —

*Robert T. Efurd, Jr.,* for appellant.

*Swift, Currie, McGhee & Hiers, James B. Hiers, Jr.,* for appellees.